United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **MOHAMADEN DEYINE KEHMESS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:25-CV-00238** |
| | § | |
| **MIGUEL VERGARA,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Mohameden Deyine Kehmess' ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). Petitioner lists the following as respondents in their official capacities: U.S. Secretary of Homeland Security Kristi Noem; U.S. Attorney General Pamela Bondi; Acting Director of U.S. Immigration and Customs Enforcement Todd Lyons; Warden of the Rio Grande Processing Center Norbal Vasquez; and ICE Field Officer Director of Detention and Removal Miguel Vergara. (Dkt. 1 at 1–5.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response and serve it on Petitioner no later than **December 8, 2025,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. Petitioner is **ORDERED** to submit a reply to Respondent's response by **December 15, 2025.**

Additionally, on November 25, 2025, the Central District of California certified a national class in *Maldonado Bautista v. Santacruz*, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025):

> **Bond Eligible** Class: All noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination.

*Maldonado Bautista*, 2025 WL 3288403, at *1. The Central District of California extended to the Bond Eligible Class as a whole the declaratory relief it had previously granted: that the Department of Homeland Security Policy of mandatory detention for all applicants for admission under § 1225 is unlawful. *Maldonado Bautista*, 2025 WL 3288403, at *9. In light of this development, the Court hereby **ORDERS** that the Parties address in their response and reply briefing: (1) whether Petitioner is a member of the nationally certified Bond Eligible Class; and (2) what affect if any the declaratory relief granted in *Maldonado Bautista v. Santacruz*, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025) has on Petitioner's claims before the Court.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. 1) and this Order on Respondents via certified mail.

Respondent U.S. Department of Homeland Security Secretary Kristi Noem or her designee may be served at:

> **U.S. Department of Homeland Security**
> **Office of General Counsel**
> **245 Murray Lane SW**
> **Mail Stop 0485**
> **Washington, D.C. 20528**

Respondent Attorney General Pamela Bondi or her designee may be served at:

> **United States Attorney General**
> **950 Pennsylvania Avenue NW**
> **Washington, D.C. 20530**

Respondent Acting Director of U.S. Immigration and Customs Enforcement Todd Lyons or his designee may be served at:

> **Acting Director of Immigration and Customs Enforcement**
> **500 12th Street SW**
> **Washington, D.C. 20536**

Respondent Warden of the Rio Grande Processing Center Norbal Vasquez or his designee may be served at:

**Warden of the Rio Grande Processing Center**
**1001 San Rio Blvd,**
**Laredo, TX 78046**

Respondent ICE Field Officer Director of Detention and Removal Miguel Vergara or his designee may be served at:

**Field Office Director**
**Enforcement and Removal Operations**
**1717 Zoy Street**
**Harlingen, TX 78552**

The Clerk of Court is also DIRECTED to serve a copy of the Petition, (Dkt. 1), and this Order via certified mail on the United States Attorney for the Southern District of Texas Nicholas J. Ganjei at:

**Nicholas J. Ganjei**
**1000 Louisiana St.,**
**Suite 2300,**
**Houston, Texas 77002**

The Clerk is also DIRECTED to serve a copy of the Petition, (Dkt. 1), and this Order via certified mail on the United States Attorney's Office in Laredo at:

**United States Attorney's Office**
**11204 McPherson Road, Suite 100A**
**Laredo, Texas 78045**

Additionally, in order to maintain the status quo while the Court considers Petitioner's habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that Respondents may not transfer Petitioner outside of this Court's jurisdiction while the matter remains pending. *See Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

IT IS SO ORDERED.

3 / 4

SIGNED this December 2, 2025.

Diana Saldaña
United States District Judge